

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

September 20, 2024

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:** **Odermatt v. The Mount Sinai Hospital, et al.
24 Civ. 05250 (JLR)**

Dear Judge Rochon:

    On behalf of our client, Defendant The Mount Sinai Hospital (named herein as "The Mount Sinai Hospital, Inc., Mount Sinai Health System, Inc., and Mount Sinai Hospitals Group, Inc."), and pursuant to the Court's Individual Rules of Practice in Civil Cases 1(F), I write to request that the initial pre-trial conference scheduled for October 2, 2024 at 3 p.m. be adjourned. This is the first request for an adjournment of the initial pre-trial conference. Plaintiff's counsel consents to this request. Counsel for both parties are available to attend the conference on October 16, or October 18, or October 21, 2024.

    Consistent with Individual Practice Rule 2. A., the parties jointly request that the conference be held remotely. Specifically, Plaintiff's counsel, with consent from Defendants' counsel, makes the request because he is expecting his second child around the proposed conference dates and wishes to remain nearby his wife and daughter.

Respectfully submitted,

*/s/ Rory J. McEvoy*
Rory J. McEvoy


cc:    David John Hommel, Esq., Attorney for Plaintiff (via ECF)

akerman.com

Defendant's request for an adjournment of the parties' initial pre-trial conference is GRANTED. The initial pre-trial conference scheduled for October 2, 2024 will be rescheduled to October 16, 2024 at 9:00 a.m.

SO ORDERED.

Dated: September 23, 2024
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON
United States District Judge**