UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMILY ODERMATT,

                    Plaintiff,

          -against-

THE MOUNT SINAI HOSPITAL, MOUNT SINAI
HEALTH SYSTEM, INC., and MOUNT SINAI
HOSPITALS GROUP, INC.,

                    Defendants.

---

Case No. 1:24-cv-05250 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Per the parties' discovery conference on November 13, 2024, Plaintiff's motion to

limit the scope of document requests is DENIED.  Dkt. 30.  The parties shall meet and confer

to schedule deposition dates.

The Court of Clerk is respectfully requested to close the motions at Dockets 30 and 32.

Dated: November 14, 2024
       New York, New York

                                        SO ORDERED.

                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge

1