UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ODERMATT,<br><br>                                Plaintiff,<br><br>-against-<br><br>THE MOUNT SINAI HOSPITAL et al.,<br><br>                                Defendants. | Case No. 1:24-cv-05250 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

       The request to seal the filing at Dkt. 35, Exhibit C is GRANTED. The common law right of public access to judicial documents is not absolute, and courts "must balance competing considerations against" the presumption of access. *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (3d Cir. 2006) (quotation marks and citation omitted). The presumption of access may be overcome, for instance, by an interest in preserving the confidentiality of settlement discussions. *See, e.g., Richmond v. Montefiore Med. Ctr.*, No. 21-cv-08700 (PGG), 2023 WL 6211978, at *8 (S.D.N.Y. Sept. 25, 2023) (granting motion to seal settlement agreement and settlement communications).

       The Clerk of Court is respectfully directed to maintain Dkt. 35, Exhibit C under seal. Mount Sinai shall file a redacted version of Exhibit C publicly.

Dated: December 17, 2024
          New York, New York

                                                    SO ORDERED.

                                                  *Jennifer Rochon*
                                                  JENNIFER L. ROCHON
                                                  United States District Judge