UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ODERMATT,<br><br>         Plaintiff,<br><br>-against-<br><br>THE MOUNT SINAI HOSPITAL, THE MOUNT SINAI HEALTH SYS., INC., and MOUNT SINAI HOSPITAL GROUPS, INC.,<br><br>         Defendants. | Case No. 1:24-cv-05250 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  For the reasons stated on the record at today's conference, Eisenberg & Baum, LLP's motion to withdraw as counsel for Plaintiff is GRANTED. Dkt. 46. The Clerk of Court is directed to terminate Dkts. 44 and 46, to terminate Eisenberg & Baum as counsel of record, and to modify the docket to reflect that Ms. Odermatt is proceeding *pro se* with the following address: 33-55 14th Street, Apartment #6-C, Astoria, New York 11106-4652. If Ms. Odermatt retains new counsel, they shall promptly file a notice of appearance.

  The Clerk of Court is respectfully directed to maintain Dkts. 50, 51, 54, and 55 under seal and ex parte. The Clerk of Court is also respectfully directed to mail a copy of this Order to Plaintiff at the above-referenced mailing address, as well as to her email address: emily.odermatt@gmail.com.

  The Court shall further extend the upcoming deadline for the completion of depositions and fact discovery from March 13, 2025 to April 14, 2025.

Dated: February 28, 2025
   New York, New York

                 SO ORDERED.

                 *Jennifer Rochon*
                 JENNIFER L. ROCHON
                 United States District Judge