UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY ODERMATT,

                                    Plaintiff,

                    -against-

THE MOUNT SINAI HOSPITAL et al.,

                                    Defendants.

Case No. 1:24-cv-05250 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

     The Court is in receipt of Ms. Odermatt's March 10, 2025 filing, fashioned as a motion to compel, but with no particularized discovery deficiency noted. Dkts. 60, 61. The parties are directed to meet and confer, and if any discovery disputes arise, to follow the Federal Rules and the Court's Individual Rules and to bring any disputes to the Court's attention.

     The Clerk of Court is respectfully directed to send a copy of this Order to Plaintiff's email address as listed on the docket and to terminate the motion at Dkt. 60.

Dated: March 12, 2025
       New York, New York

                              SO ORDERED.

                              _____
                              JENNIFER L. ROCHON
                              United States District Judge

1