UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ODERMATT,<br><br>         Plaintiff,<br><br>  -against-<br><br>THE MOUNT SINAI HOSPITAL, MOUNT SINAI HEALTH SYSTEM, INC., and MOUNT SINAI HOSPITALS GROUP, INC.,<br><br>         Defendant(s). | Case No. 1:24-cv-05250 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The motions for a subpoena at dockets 64 and 67 should be directed to the Clerk's Office and are therefore rendered MOOT. Plaintiff is advised to contact the Southern District of New York's Pro Se Intake Unit at (212)-805-0175 if she needs assistance with requesting the subpoenas.

  The Court further advises Plaintiff that the City Bar Justice Center has a Federal Pro Se Legal Assistance Project that provides free, limited-scope legal services to pro se litigants. Plaintiff may access an online information form here: City Bar Justice Center, or leave a message at (212) 382-4794. Information about the City Bar Justice Center's Legal Clinic can also be found here: Legal Assistance Clinic.

  The Clerk of Court is respectfully directed to terminate the gavels at Dkts. 64 and 67 and to send a copy of this Order to Plaintiff's email address as listed on the docket.

Dated: April 8, 2025
    New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge