UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ODERMATT,<br><br>         Plaintiff,<br><br>   -against-<br><br>THE MOUNT SINAI HOSPITAL, MOUNT SINAI HEALTH SYSTEM, INC., and MOUNT SINAI HOSPITALS GROUP, INC.,<br><br>         Defendant(s). | Case No. 1:24-cv-05250 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

  Consistent with the Court's Individual Rules of Practice in Civil Cases, the parties are directed to meet and confer regarding any request to seal or redact documents. If Plaintiff seeks to file a specific document under seal, she is directed to Rule 4(B) of the Court's Individual Rules of Practice in Civil Cases and the Court's Standing Order, 19-MC-00583, and Section 6 of the ECF Rules & Instructions (available [here](#)). Any letter-motion to seal must explain the particular reasons for seeking to file the information under seal and should not include confidential information sought to be filed under seal. The proposed seal document must be contemporaneously filed under seal on ECF and electronically related to the motion.

  Per the Court's previous Order, Plaintiff is advised to contact the Southern District of New York's Pro Se Intake Unit at (212)-805-0175 if she needs assistance.

1

The Clerk of Court is respectfully directed to send a copy of this Order to Plaintiff's email address as listed on the docket and to terminate the motion at Dkt. 68.

Dated: April 8, 2025
      New York, New York

                                      SO ORDERED.

                                      JENNIFER L. ROCHON
                                      United States District Judge