UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY ODERMATT,

                         Plaintiff,

-against-

THE MOUNTI SINAI HOSPITAL et al.,

                         Defendants.

No. 1:24-cv-05250 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

    The Court is in receipt of the parties' discovery letters. The Court shall hold a discovery conference on Microsoft Teams on April 18, 2025 at 10:00 a.m. Counsel will receive login credential as the email addresses on the docket. Defense counsel is directed to share this order and the log-in credentials with Ms. Odermatt. The public listen-only line may be accessed by dialing 646-453-4442 | Phone conference ID: 505 319 919#.

    The Court shall also address Ms. Odermatt's request to file certain documents under seal at that time.

Dated: April 16, 2025
       New York, New York

                                    SO ORDERED.

                                    *Jennifer Rochon*
                                    JENNIFER L. ROCHON
                                    United States District Judge