UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ODERMATT,<br><br>          Plaintiff,<br><br>    -against-<br><br>THE MOUNT SINAI HOSPITAL, MOUNT SINAI HEALTH SYSTEM, INC., and MOUNT SINAI HOSPITALS GROUP, INC.,<br><br>          Defendants. | Case No. 1:24-cv-05250 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  On April 18, 2025, the Court held a hearing to address the discovery issues that have arisen in this matter.

  As discussed at the parties' discovery conference, Plaintiff shall provide the dates and times of her appointments as requested by Defendants by April 28, 2025. However, Plaintiff may file any letter providing authority on her immunity argument in support of a motion for the Court to reconsider this ruling by April 22, 2025.

  Defendants shall produce the schedules for Drs. Neus and Van Dyke by April 28, 2025.

  Plaintiff's depositions of Defendants' representatives shall be limited to 3.5 hours each with a court reporter and a written record. Plaintiff shall inform Defendants on or before April 28, 2025 whether she intends to proceed with a deposition of the individuals who have been noticed for deposition. If the parties agree upon requests for admission or written interrogatories in lieu of a deposition, Plaintiff shall serve any such requests for admission or written interrogatories by April 28, 2025.

  The deadline for the completion of discovery shall be May 16, 2025.

The post-discovery conference scheduled for May 20, 2025 shall be adjourned until June 18, 2025 at 3:00 p.m.

The Clerk of Court is respectfully directed to terminate the motions at Dkts. 74, 78, and 79.

Dated: April 18, 2025
       New York, New York

                                       SO ORDERED.

                                       *Jennifer Rochon*
                                       JENNIFER L. ROCHON
                                       United States District Judge