UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ODERMATT,<br><br>        Plaintiff,<br><br>    -against-<br><br>THE MOUNT SINAI HOSPITAL, MOUNT SINAI HEALTH SYSTEM, INC., and MOUNT SINAI HOSPITALS GROUP, INC.<br><br>        Defendants. | Case No. 1:24-cv-05250 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court shall hold a conference on Microsoft Teams on April 29, 2025 at 3:00 p.m. to discuss Ms. Odermatt's motion for reconsideration of the Court's April 18, 2025 order directing her to provide the dates and times of her medical appointments. The public listen-only line may be accessed by dialing phone number 646-453-4442 | phone conference ID: 240 386 170#. Plaintiff shall not be required to produce the dates and times of her appointments until the Court has issued its final ruling on the motion for reconsideration at the parties' upcoming conference. Defense counsel is directed to share the log-in credentials with Ms. Odermatt.

Dated: April 25, 2025
    New York, New York

                     SO ORDERED.

                     *Jennifer Rochon*
                     JENNIFER L. ROCHON
                     United States District Judge