UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMILY ODERMATT,

                Plaintiffs,

-against-

THE MOUNT SINAI HOSPITAL, MOUNT SINAI HEALTH SYSTEM, INC. and MOUNT SINAI HOSPITAL GROUPS, INC.,

                Defendants.

Case No. 1:24-cv-05250 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

On April 21, 2025, Plaintiff filed a Notice of Motion to consider sanctions under Rule 11, asserting that Defendants made various misrepresentations. Dkts. 82, 83. Federal Rule of Civil Procedure 11(c)(2) requires that a motion for sanctions must be served on Defendants under Federal Rule of Civil Procedure 5, "but it must not be filed or presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets." Fed. R. Civ. P. 11(c)(2). The Court shall construe Ms. Odermatt's notice of motion as service on Defendants and shall not consider her motion unless and until she elects to refile it after the aforementioned process and time period concludes. The Clerk of Court is respectfully directed to terminate the gavel at Dkt. 82.

Dated: April 29, 2025
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge