UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ODERMATT,<br><br>                              Plaintiff,<br><br>         -against-<br><br>THE MOUNT SINAI HOSPITAL, MOUNT SINAI HEALTH SYSTEM, INC., AND MOUNT SINAI HOSPTIAL GROUPS, INC.,<br><br>                              Defendants. | Case No. 1:24-cv-05250 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of Ms. Odermatt's letter at Dkt. 89, requesting permission to file certain documents under seal. Ms. Odermatt shall mail such documents, along with a letter-motion explaining the particular reasons for seeking to file that information under seal, consistent with the Court's Individual Rules of Practice, to:

> Attn:  Chambers of Hon. Jennifer L. Rochon
>           500 Pearl Street
>           New York, New York 10007

The Court shall then have the underlying documents docketed temporarily under seal, pending the Court's final determination on Ms. Odermatt's motion. Consistent with the Court's individual rules of practice, the letter-motion explaining the particular reasons for seeking to file under seal shall be filed in public view and therefore should not include confidential information sought to be filed under seal.

To the extent that Ms. Odermatt would like to submit a compact-disc or thumb drive in support of her motion to seal, she may likewise send that material to the attention of Chambers, but should make sure that a copy is also provided, either via email or physical mail, to Defendants.

Ms. Odermatt is advised that, as a general matter, filings other than her motion to seal and the accompanying documents should still be processed through Pro Se Intake Unit.

Dated: May 5, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge