UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ODERMATT,<br><br>         Plaintiff,<br><br> -against-<br><br>THE MOUNT SINAI HOSPTIAL, MOUNT SINAI HEALTH SYSTEM, INC., and MOUNT SINAI HOSPITAL GROUPS, INC.,<br><br>         Defendants. | Case No. 1:24-cv-05250 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of Plaintiff's letter to amend her filing at Dkt. 89. The Court shall file temporarily under seal Ms. Odermatt's forthcoming letter-motion to seal explaining the particular reasons for seeking to file under seal. Consistent with the Court's May 5, 2025 Order, Ms. Odermatt should send her letter-motion to seal, along with the underlying documents, directly to Chambers:

  Attn: Chambers of Hon. Jennifer L. Rochon
    500 Pearl Street
    New York, New York 10007

  The Court shall maintain all materials temporarily under seal on the docket, pending a final determination on Ms. Odermatt's motion.

Dated: May 8, 2025
    New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge