UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY ODERMATT,

                         Plaintiff,

            -against-                                    Case No. 1:24-cv-05250 (JLR)

THE MOUNT SINAI HOSPITAL, MOUNT SINAI            **ORDER**
HEALTH SYSTEM, INC. and MOUNT SINAI
HOSPITALS GROUP, INC.,

                         Defendants.

JENNIFER L. ROCHON, United States District Judge:

On April 21, 2025, Ms. Odermatt filed a notice of a motion to consider sanctions under Rule 11. Dkts. 82, 83. On April 29, 2025, the Court entered an order construing Ms. Odermatt's notice of motion as service on Defendants for purposes of Federal Rule of Civil Procedure 11(c)(2), which requires that a motion for sanctions be served on Defendants and not filed or presented to the Court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets. Fed. R. Civ. P. 11(c)(2). The 21-day period has now passed, and on May 13, 2025, Ms. Odermatt filed a motion to refile and reconsider her Rule 11 motion at Dkts. 82 and 83.

Defendants shall file a response, if any, to Ms. Odermatt's motion no later than May 30, 2025.

Dated: May 16, 2025
        New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*

                                        JENNIFER L. ROCHON
                                        United States District Judge

1