UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ODERMATT,<br><br>                              Plaintiff,<br><br>        -against-<br><br>THE MOUNT SINAI HOSPITAL, MOUNT SINAI HEALTH SYSTEM, INC., and MOUNT SINAI HOSPITAL GROUP, INC.,<br><br>                              Defendants. | Case No. 1:24-cv-05250 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On May 28, 2025, Plaintiff filed a Notice of Motion to consider sanctions under Rule 11, asserting that Defendants made various misrepresentations in their pre-motion letter. Dkt. 98. Federal Rule of Civil Procedure 11(c)(2) requires that a motion for sanctions must be served on Defendants under Federal Rule of Civil Procedure 5, "but it must not be filed or presented to the court if the challenged paper, claim, defense, contention, or denial is withdrawn or appropriately corrected within 21 days after service or within another time the court sets." Fed. R. Civ. P. 11(c)(2). The Court shall construe Ms. Odermatt's notice of motion as service on Defendants and shall not consider her motion unless and until she elects to refile it after the aforementioned process and time period concludes. The Clerk of Court is respectfully directed to terminate the motion at Dkt. 98.

Dated: May 30, 2025
        New York, New York

                                                            SO ORDERED.

                                                            *Jennifer Rochon*
                                                            _____
                                                            JENNIFER L. ROCHON
                                                            United States District Judge

1