UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ODERMATT,<br><br>        Plaintiff,<br><br>  -against-<br><br>THE MOUNT SINAI HOSPITAL, MOUNT SINAI HEALTH SYSTEM, INC., and MOUNT SINAI HOSPITAL GROUPS, INC.,<br><br>        Defendants. | Case No. 1:24-cv-05250 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court is in receipt of Defendants' June 4, 2025 letter-motion to compel, Dkt. 104. The Court shall grant Plaintiff a right of response. Plaintiff may submit her response, including any supporting materials, to Chambers:

  Attn: Chambers of Hon. Jennifer L. Rochon
    500 Pearl Street
    New York, New York 10007

  The Court shall then file the underlying documents temporarily under seal, pending a final determination on whether they should remain under seal and on Defendants' motion.

Dated: June 6, 2025
   New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge

1