UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY ODERMATT,

                       Plaintiff,

            -against-

THE MOUNT SINAI HOSPITAL, MOUNT SINAI HEALTH SYSTEM, INC., and MOUNT SINAI HOSPITALS GROUP, INC.,

                       Defendants.

Case No. 1:24-cv-05250 (JLR)

**OPINION AND ORDER**

JENNIFER L. ROCHON, United States District Judge:

      On June 7, 2025, Ms. Odermatt submitted a letter-motion to the court requesting another court order requiring Defendants' counsel to meet-and-confer, or, in the alternative, permitting Ms. Odermatt to bypass the meet-and-confer requirement to make a Rule 37(a)(4) motion. Dkt. 108. On June 10, 2025, Defendants indicated that they were willing to meet and confer about Mount Sinai's responses to Ms. Odermatt's interrogatories and that Ms. Odermatt could contact defense counsel by email or telephone. Dkt. 111. Ms. Odermatt's letter-motion is therefore denied as moot.

      On June 8, 2025, Ms. Odermatt filed a separate notice of motion requesting an extension of time beyond thirty days for the parties to file a Joint Pretrial Order. Under the Individual Rules and Practices in Civil Pro Se Cases, within 30 days of the Court's decision on a dispositive motion, the parties shall file on ECF a proposed Joint Pretrial Order. Ms. Odermatt's motion is denied as premature, because Defendants have not even moved for summary judgment. The Court will discuss the process for pretrial submissions at the post-discovery conference on June 18, 2025 at 3:00pm.

      Ms. Odermatt should use due consideration before filing additional motions given the number of motions she has filed.

1

The Clerk of Court is therefore respectfully requested to terminate Dkt. 109.

Dated: June 10, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge