UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ODERMATT,<br><br>       Plaintiff,<br><br> -against-<br><br>THE MOUNT SINAI HOSPITAL, MOUNT SINAI HEALTH SYSTEM, INC., and MOUNT SINAI HOSPITALS GROUP, INC.,<br><br>       Defendants. | Case No. 1:24-cv-05250 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  The Court shall grant Ms. Odermatt an extension of time to file her pretrial statement. Ms. Odermatt shall file the pretrial statement within 30 days of a disposition on Defendants' forthcoming motion for summary judgment.

  This Order supersedes the Court's June 10, 2025 Order denying Ms. Odermatt's motion for an extension as premature.

  The Clerk of Court is respectfully directed to terminate the motion at 30 days.

Dated: June 12, 2025
    New York, New York

                SO ORDERED.

                *Jennifer Rochon*
                JENNIFER L. ROCHON
                United States District Judge