UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILY ODERMATT,

                Plaintiff,

      -against-

THE MOUNT SINAI HOSPITAL, MOUNT SINAI
HEALTH SYSTEM, INC., and MOUNT SINAI
HOSPITALS GROUP, INC.,

              Defendants.

Case No. 1:24-cv-05250 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

As discussed at the parties' June 18, 2025 conference, the parties shall submit their summary judgment briefs by July 21, 2025.  Any opposition briefs shall be filed by August 28, 2025, and replies shall be filed by September 11, 2025.

The Clerk of Court is respectfully directed to terminate Dkts. 89, 92, 94, 105, and 113.

Dated:  June 18, 2025
        New York, New York

                    SO ORDERED.

                    *Jennifer Rochon*
                    JENNIFER L. ROCHON
                    United States District Judge

1