UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ODERMATT,<br><br>                              Plaintiff,<br><br>   -against-<br><br>THE MOUNT SINAI HOSPITAL, MOUNT SINAI HEALTH SYSTEM, INC., and MOUNT SINAI HOSPITAL GROUP, INC.,<br><br>                              Defendants. | Case No. 1:24-cv-05250 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of Plaintiff's June 26, 2025 letter, filed under seal.  To clarify, the Court's June 27, 2025 Order did not render any final factual findings as to whether Ms. Odermatt committed perjury.  Dkt. 122.  Rather, the Court denied the sanctions requested by Defendants even assuming the allegations presented.  The Court's June 27, 2025 Order therefore stands.

      This Order therefore resolves Ms. Odermatt's June 26, 2025 letter.

Dated: July 2, 2025
       New York, New York

                                              SO ORDERED.

                                              JENNIFER L. ROCHON
                                              United States District Judge