

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY 10020

D: 212 259 6480
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7195

July 29, 2025

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Odermatt v. The Mount Sinai Hospital
24 Civ. 5250 (JLR)**

Dear Judge Rochon,

On behalf of our client, The Mount Sinai Hospital ("Mount Sinai"), I write in opposition/response to Plaintiff's motions dated July 27, 2025, at Docket Nos. 137-139, seeking to compel a meet-and-confer call and a response to the subpoena at Dkt. No. 73.

Plaintiff's motions seek the Court's intervention in order to receive responses from Mount Sinai that she has not attempted to receive on her own. First, Mount Sinai is searching its records for documents responsive to the referenced subpoena. Second, I will be reaching out to Plaintiff in connection with Mount Sinai's summary judgment motion, at which point I plan to both (i) confer regarding Mount Sinai's position as to filing documents under seal, and (ii) present her with a proposed joint Rule 56.1 statement for her review.

In sum, Mount Sinai respectfully requests the Court deny Plaintiff's premature motions in their entirety.

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

cc: Emily Odermatt
Plaintiff *Pro Se* (via ECF)

akerman.com

---

In light of defense counsel's representations that he intends to confer with Odermatt regarding sealing of the summary judgment filings prior to filing any motion, Plaintiffs' motion to compel is moot, Dkt. 138, and therefore denied. As for Plaintiffs' motion for an order to show cause with respect to the subpoena issued upon Dr. Laurel Morris of the Icahn School of Medicine on April 14, 2025, Dkts. 136-37, defense counsel shall produce any responsive documents no later than August 6, 2025. If, based on information received in response to the subpoena, Odermatt needs to supplement her summary judgment motion, she may do so by August 13, 2025.

Dated: July 29, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON
United States District Judge**