

Rory J. McEvoy

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 259 6461
T: 212 880 3800
F: 212 880 8965
DirF: 212 259 7196
rory.mcevoy@akerman.com

July 31, 2025

**VIA ECF**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **Odermatt v. The Mount Sinai Hospital
24 Civ. 5250 (JLR)**

Dear Judge Rochon:

On behalf of our client, Defendant The Mount Sinai Hospital ("Mount Sinai' or the "Hospital"), (named herein as "The Mount Sinai Hospital, Mount Sinai Health System Inc., and Mount Sinai Hospitals Group, Inc."), I write in connection with Mount Sinai's motion for summary judgment.  Pursuant to the Court's Individual Rule 4.B, I respectfully request that the Court grant leave for Mount Sinai to file documents under seal.  The documents that Mount Sinai seeks to file under seal are: (i) Plaintiff Emily Odermatt's medical records from September 26, 2023- January 19, 2024.  Mount Sinai seeks to file these documents under seal because they contain confidential medical information for Plaintiff.

Accordingly, Mount Sinai requests that the Court permit it to file under seal the documents annexed as Exhibit 14 to the declaration of the undersigned in support of Mount Sinai's motion for summary judgment.

Respectfully submitted,

/s/ Rory J. McEvoy

Rory J. McEvoy

cc: Emily Odermatt, Pro Se Plaintiff

akerman.com

---

Defendants' request to file Exhibit 4 to Rory McEvoy's Declaration in Support of Mount Sinai's Motion for summary judgment is GRANTED.  Although the common law right of public access to judicial documents is "firmly rooted in our nation's history," this right is not absolute and courts "must balance competing considerations" against the presumption of access.  *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (3d Cir. 2006) (quotation marks and citation omitted).   There is a strong privacy interest in medical information.  *See, e.g., Thor Equities, LLC v. Factory Mut. Ins. Co.*, No. 20-cv-033800 (AT), 2023 WL 6382684, at *1 (S.D.N.Y. Sept. 29, 2023).  Therefore, the Court shall maintain Dkt. 152, which contains Odermatt's medical records, under seal.  The Clerk of Court is respectfully directed to terminate the motion at Dkt. 151.

SO ORDERED.

Dated: August 29, 2025
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON
United States District Judge**