UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY ODERMATT,<br><br>                    Plaintiff,<br><br>       -against-<br><br>THE MOUNT SINAI HOSPITAL, MOUNT SINAI HEALTH SYSTEM, INC., and MOUNT SINAI HOSPITALS GROUP, INC.,<br><br>                    Defendants. | Case No. 1:24-cv-05250 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of three letters from Plaintiff, two of which request leave to sur-reply to Defendants' reply memorandum of law in further support of their motion for summary judgment, *see* Dkts. 208, 209, and the third of which seeks to clarify an argument she made in her opposition brief in light of arguments Defendants made on reply, *see* Dkt. 210.

Sur-reply is not expressly permitted by Local Rule 6.1(b) or by this Court's Individual Rules. Nevertheless, courts in this District often accept sur-replies from *pro se* plaintiffs in an effort to afford those plaintiffs the "special solicitude" they are due. *See, e.g.*, *Saleh v. Pastore*, No. 19-cv-11799 (KPF), 2021 WL 1640449, at *3 n.5 (S.D.N.Y. Apr. 27, 2021) ("accept[ing] and consider[ing]" *pro se* plaintiff's sur-reply in accordance with court's "duty to extend special solicitude to *pro se* litigants"); *Rivera v. City of New York*, No. 16-cv-09709 (GHW), 2019 WL 252019, at *2 n.3 (S.D.N.Y. Jan. 17, 2019) (similar). In accordance with this practice, the Court accepts Plaintiff's third letter, Dkt. 210, as a sur-reply and will consider it alongside her summary judgment papers.

Moreover, Plaintiff's requests for leave to sur-reply, Dkts. 208, 209, are GRANTED. She is permitted to submit one (1) further sur-reply no longer than eight (8) pages. She shall do so by Monday, October 6, 2025.

Dated: October 2, 2025
New York, New York

SO ORDERED.

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge