UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EMILY ODERMATT,

                Plaintiff,

      -against-

THE MOUNT SINAI HOSPITAL, MOUNT
SINAI HEALTH SYSTEM, INC., and
MOUNT SINAI HOSPITAL GROUP, INC.,

                Defendants.

Case No. 1:24-cv-05250 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of a Notice of Motion, Dkt. 214, and letter request, Dkt. 215, from Plaintiff concerning the availability of documents filed under seal and a transcript of an earlier proceeding. As Plaintiff notes, the Court's September 16, 2025 order, Dkt. 196, stated that documents filed under seal on the docket should be available to parties in this case via ECF. However, since the date of that order, the federal court system's procedures for sealed documents have changed. To the extent Plaintiff or Defendants have questions about this new policy and access to sealed documents, they are directed to speak with the *pro se* clerk's office and the clerk's office, respectively. As for transcripts, transcript order forms are available on the court's website, and Plaintiff may seek further assistance in that process from the *pro se* clerk's office.

      The Court is also in receipt of a letter from Plaintiff, Dkt. 216, seeking "clarity about" the Court's individual rules as they pertain to the submission of Rule 56.1 Statements. The parties have already submitted their Rule 56.1 Statements; no further clarity is required.

The Clerk is respectfully requested to terminate the motion at Dkt. 214.

Dated: October 9, 2025
       New York, New York

                                                SO ORDERED.

                                          *Jennifer Rochon*
                                          JENNIFER L. ROCHON
                                          United States District Judge