**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X
EMILY ODERMATT,

|  |  |
|---|---|
| Plaintiff, | 24 **CIVIL** 5250 (JLR) |
| -against- | **JUDGMENT** |

THE MOUNT SINAI HOSPITAL, MOUNT SINAI
HEALTH SYSTEM, INC., and MOUNT SINAI
HOSPITALS GROUP, INC.,

Defendants.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 13, 2026, Mount Sinai's motion for

summary judgment is GRANTED, and Plaintiff's motions to seal are GRANTED; accordingly,

the case is closed.

**Dated:** New York, New York

March 16, 2026

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:** _____

**Deputy Clerk**